AO 91 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

Steven MAIGAR

(Name and Address of Defendant)

CRIMINAL COMPLAINT

Case Number: 07-M-258(LAK)

**FILED**
JUL 27 2007
AT ___ O'CLOCK ___
HON. LARRY A. KUDRLE
U.S. MAGISTRATE JUDGE - N.D. OF N.Y.

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief On or about __July 27, 2007__ in __Clinton__ County, in the __Northern__ District of __New York__ defendant(s) did,

*(Track Statutory Language of Offense)*
intentionally evade a currency reporting requirement under section 5316, knowingly concealing and transporting more than $10,000 in monetary instruments from a place inside the United States, Rouses Point, NY to a place outside the United States, Cantic, Quebec.

in violation of Title __31; 18__ United States Code, Section(s) __5316, 5332; 2__

I further state that I am a(n) __Special Agent with DHS/ICE__ and that this complaint is based on the following facts:

On July 27, 2007, Amanda WALKER was encountered during a Customs inspection at the Rouses Point Port of Entry on her way to Canada. WALKER opened her vehicle trunk and Steven MAIGAR jumped out and attempted to flee. MAIGAR was immediately apprehended. Customs and Border Protection Officers then inspected the vehicle and discovered $345,962 in US currency concealed in the trunk where MAIGAR was hiding. WALKER admitted to knowing the reporting requirements and stated that she knew MAIGAR had the currency, but didn't know the exact amount.

Continued on the attached sheet and made a part of this complaint:   Yes ☐   No ☒

Signature of Complainant

Steven Prenoveau
Printed Name of Complainant

Sworn to before me and signed in my presence,

__July 27, 2007__   at   __Plattsburgh, NY__
Date                        City and State

Larry A. Kudrle, Federal Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer